# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

KIP LONDON (#111227)

VERSUS

DEPT. OF CORRECTIONS, ET AL.

CIVIL ACTION

NO. 14-362-SDD-SCR

## RULING AND ORDER OF DISMISSAL

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated June 25, 2014. Plaintiff has filed an objection[3] which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's *Complaint* be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

Baton Rouge, Louisiana the 18 day of July, 2014.

SHELLY D. DICK, DISTRICT JUDGE
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 6.
[3] Rec. Doc. 7.